THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL LASSITER, Appellant. [902 NYS2d 396]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chun, J.), rendered September 27, 2007, convicting him of assault in the first degree and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the testimony of a police detective improperly bolstered the prior identification of the defendant by certain eyewitnesses, in violation of the principles enunciated in *People v Trowbridge* (305 NY 471 [1953]), is unpreserved for appellate review (*see People v West*, 56 NY2d 662, 663 [1982]; *see also People v Melendez*, 51 AD3d 1040, 1041 [2008]). In any event, the contention is without merit. The detective's testimony did not have a bolstering effect because he did not refer to the witnesses's identification of the defendant (*see People v Moore*, 159 AD2d 521, 522 [1990]; *People v Middleton*, 128 AD2d 554 [1987]).

The defendant was not deprived of the effective assistance of counsel (*see People v Taylor*, 1 NY3d 174, 176-178 [2003]; *People v Benevento*, 91 NY2d 708, 712 [1998]).

The defendant's remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]) and, in any event, are without merit. Fisher, J.P., Santucci, Miller and Lott, JJ., concur.